UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

| | |
|---|---|
| CHARLES HAINES and ) | |
| LYNNE HAINES ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:12-cv-02817 |
| ) | |
| CITIBANK, N.A., ) | |
| ) | |
| Defendant. ) | |

_____

NOTICE OF SETTLEMENT
_____

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of Tennessee, Plaintiffs' Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

Respectfully submitted this 29th day of November, 2012

By: /s/Craig Ehrlich
Craig Ehrlich
Attorney for Plaintiff

-1-

-2-

>Weisberg & Meyers, LLC
>5722 S. Flamingo Road, #656
>Cooper City, FL 33330
>Telephone: (602) 445 9819
>Facsimile: (866) 565 1327
>Email: CEhrlich@AttorneysForConsumers.com

Notice Filed electronically on this 29th day of November, 2012, with:

United States District Court CM/ECF system


s/Lydia Bultemeyer
Lydia Bultemeyer