UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CHARLES HAINES and**
**LYNNE HAINES,**

   **Plaintiffs,**

v.                                                                                          Cv. No. 12-2817-JTF

**CITIBANK, N.A.,**

   **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal with prejudice docketed on January 22, 2013.


**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                Thomas M. Gould
JOHN T. FOWLKES, JR.                                                        CLERK
UNITED STATES DISTRICT JUDGE

January 23, 2013                                                        s/Lorri J. Fentress
DATE                                                                    (BY)LAW CLERK